### SMITH and others *vs.* DURKEE.

Where an attorney has not an *agent* at the places required by the rules for the receipt of papers, and a paper is put into the post-office directed to him, the day the paper is *mailed*, and not when it is received, is the day of service.

ON a motion to set aside a default for not pleading, as *irregularly* entered, *it was held*, that putting a plea into the post-office, directed to the plaintiff's attorney at his place of residence, when the attorney has not an agent at either of the places required by the rules of the court, was equivalent to the service of a paper upon an agent ; and the service was deemed to have been made *on the day the plea was mailed*, and not when, according to the course of the mail, the plea was received by the plaintiff's attorney.